UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-3739**

Case Title: **In re: Nat'l Prescription Opiate Litig.** vs.

List all clients you represent in this appeal:

> **Goldstein & Russell, P.C.**
> **Kelley & Ferraro LLP**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Daniel Woofter**  Signature: s/ **Daniel Woofter**

Firm Name: **Goldstein, Russell & Woofter LLC**

Business Address: **1701 Pennsylvania Avenue NW, Suite 200**

City/State/Zip: **Washington, DC 20006**

Telephone Number (Area Code): **(202) 240-8433**

Email Address: **dhwoofter@goldsteinrussell.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---